# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 17–82495–CRJ13 |
| Leslie Patton | **Chapter** 13 |
| **SSN:** xxx–xx–7743 | |

**Debtor(s)**

## ORDER ON OBJECTION TO CLAIM

This matter came before the Court for consideration of the following Trustee's Objection to Claim:

Doc. No. 67 : Objection to Claim No. 4 of U.S. Bank Trust National Association

Notice and opportunity to request a hearing on the Objection was given, and no request for hearing or response was filed. The Court considered the Objection, and it appears that the Objection should be sustained.

It is therefore ORDERED, ADJUDGED and DECREED that the Trustee's Objection to Claim is hereby SUSTAINED.

Dated:  September 9, 2020

/s/ Clifton R. Jessup Jr.
United States Bankruptcy Judge

scm